HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CRESCENCIO CHAVEZ-ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CRESCENCIO CHAVEZ-ARELLANO, <br><br> Defendant. | Case No. 1:17-cr-00249-DAD-BAM <br><br> **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA/SENTENCING HEARING TO AUGUST 27, 2018** <br><br> Date: August 27, 2018 <br> Time: 10:00 a.m. <br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Crescencio Chavez-Arellano, that the change of plea/sentencing hearing currently scheduled for July 30, 2018, be continued to August 27, 2018, at 10:00 a.m.

Defense counsel is in receipt of the Pre-Plea Presentence Investigation Report ("PSR") filed by Probation on July 16, 2018. The defense is requesting a continuance to further investigate information contained in the PSR prior to proceeding to change of plea and sentencing. This continuance is necessary to provide sufficient time to review the PSR and to gather information relevant to sentencing.

The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties

and the Court. The requested date is a mutually agreeable date for both parties. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: July 25, 2018

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 25, 2018

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CRESCENCIO CHAVEZ-ARELLANO

# **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the change of plea and sentencing hearing in this case. Good cause appearing, the hearing as to the above-named defendant currently set for July 30, 2018, is continued to August 27, 2018, at 10:00am. The time period between July 30, 2018 and August 27, 2018 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 25, 2018**

UNITED STATES DISTRICT JUDGE