| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
CRESCENCIO CHAVEZ-ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00249-DAD-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE CHANGE** |
| | ) **OF PLEA/SENTENCING HEARING TO** |
| vs. | ) **SEPTEMBER 17, 2018; ORDER** |
| | ) |
| CRESCENCIO CHAVEZ-ARELLANO, | ) Date: September 17, 2018 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Crescencio Chavez-Arellano, that the change of plea/sentencing hearing currently scheduled for August 27, 2018, be continued to September 17, 2018, at 10:00 a.m.

The defense has become aware of additional information, that it has conveyed to the government, and that defense counsel needs additional time to investigate. Such investigation may include a mental health evaluation that would be relevant for purposes of change of plea and sentencing in this matter. The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice,

including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
United States Attorney

Date: August 22, 2018                        */s/ Ross Pearson*
                                                ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
Federal Defender

Date: August 22, 2018                        */s/ Reed Grantham*
                                                REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CRESCENCIO CHAVEZ-ARELLANO

## **O R D E R**

Pursuant to the parties' stipulation, the court finds good cause and continues the change of plea/sentencing hearing as to the above-named defendant from August 27, 2018, to **September 17, 2018,** at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **August 22, 2018**                                   _/s/ Dale A. Drozd_
                                                               UNITED STATES DISTRICT JUDGE