HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CRESCENCIO CHAVEZ-ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRESCENCIO CHAVEZ-ARELLANO,<br><br>Defendant. | Case No. 1:17-cr-00249-DAD-BAM<br><br>**STIPULATION TO VACATE TRIAL AND SET STATUS CONFERENCE; ORDER**<br><br>Date: December 3, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Crescencio Chavez-Arellano, that the December 3, 2018 trial confirmation and the December 18, 2018 trial date be vacated and that a further status conference be set on January 28, 2019.

1. On September 17, 2018, the parties set this matter for trial to take place on December 18, 2018.

2. On November 20, 2018, Mr. Chavez-Arellano filed a Notice of Motion and Motion to Vacate Judgment Pursuant to Penal Code Section 1016.5 (hereinafter "the Motion") in the matter of *People v. Crescencio Chavez-Arellano*, Muni Case No. F95004484/Sup. Ct. Case No. 535959, in Fresno County Superior Court.

3. A copy of the filed Motion has been provided to the government.

4. A hearing on the Motion has been set by the Fresno County Superior Court for January 10, 2019, at 8:30 a.m. in Department 32.

5. The Motion seeks to vacate Mr. Chavez-Arellano's 1995 conviction for assault with a firearm in violation of California Penal Code section 245(a)(2) on the grounds that Mr. Chavez-Arellano was not properly advised of the immigration consequences of his plea in violation of California Penal Code section 1016.5.

6. It is Mr. Chavez-Arellano's position that his 1995 conviction for assault with a firearm is the basis for the Administrative Removal Order (hereinafter "the Order") issued on February 5, 2004, and reinstated on September 16, 2009. As such, it is Mr. Chavez-Arellano's position that if his 1995 conviction is vacated, his current charges should be dismissed, and, while any motion to dismiss would be premature at this point, Mr. Chavez-Arellano plans to file a motion to dismiss the indictment under 8 U.S.C. § 1326(d) if the Fresno County Superior Court grants his motion to vacate his conviction. Mr. Chavez-Arellano therefore believes that the ends of justice require this continuance so he has additional time to pursue his collateral attack, which, he believes could result in the dismissal of the current charges.

7. The parties are requesting that the December 3, 2018 trial confirmation date and the December 18, 2018 trial date be vacated, and that a further status conference be set for January 28, 2019.

8. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///
///
///
///

|   |                           |                                      |
|---|---------------------------|--------------------------------------|
| 1 |                           | Respectfully submitted,              |
| 2 |                           |                                      |
| 3 |                           | McGREGOR W. SCOTT<br>United States Attorney |
| 4 |                           |                                      |
| 5 | Date: November 21, 2018   | /s/ *Ross Pearson* |
| 6 |                           | ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 |                           |                                      |
| 8 |                           | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 |                           |                                      |
| 10| Date: November 21, 2018   | /s/ *Reed Grantham* |
| 11|                           | REED GRANTHAM<br>Assistant Federal Defender |
| 12|                           | Attorney for Defendant<br>CRESCENCIO CHAVEZ-ARELLANO |

## **O R D E R**

For the reasons set forth above in the parties' stipulation, there exists good cause to vacate the December 3, 2018 trial confirmation and the December 18, 2018 trial date. A further status conference is set for January 28, 2019, at 01:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. Pursuant to the agreement of the parties, time is excluded for defense preparation, defense investigation, and plea negotiation purposes. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 23, 2018**

UNITED STATES DISTRICT JUDGE