# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CRESCENCIO CHAVEZ-ARELLANO,<br><br>*Defendant.* | Case No. 1:17-cr-00249-DAD-BAM<br><br>ORDER PERMITTING MR. CHAVEZ-ARELLANO TO ATTEND STATE COURT PROCEEDINGS IN THE MATTER OF *PEOPLE V. CRESCENCIO CHAVEZ-ARELLANO*, MUNI CASE NO. F95004484/SUP. CT. CASE NO. 535959 |

A hearing was held on Defendant Crescencio Chavez-Arellano's motion for temporary release on January 4, 2019. Mr. Chavez-Arellano's motion for temporary release is denied. However, upon consideration of Mr. Chavez-Arellano's request that he be permitted to attend state court proceedings in the matter of *People v. Crescencio Chavez-Arellano*, Muni Case No. F95004484/Sup. Ct. Case No. 535959, in Fresno County Superior Court, IT IS HEREBY ORDERED that the request is GRANTED.

Accordingly, Mr. Chavez-Arellano is to be permitted to attend any state court hearings in the above-referenced state court matter and may be transported to and from such hearings and produced in Fresno Superior Court by deputies from the Fresno County Sheriff's Office. A hearing is currently scheduled for January 10, 2019, at 8:30 a.m., in Department 32 in Fresno Superior Court. Mr. Chavez-Arellano shall remain, at all times, in the care and custody of deputies from the Fresno County Sheriff's Office. At no time shall he be released from custody except upon an order of this Court.

IT IS SO ORDERED.

Dated: **January 4, 2019**

UNITED STATES MAGISTRATE JUDGE