1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CRESCENCIO CHAVEZ-ARELLANO
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case Nos. 1:17-cr-00249-DAD-BAM
12 |         Plaintiff,                  |
   |                                     | **STIPULATION TO CONTINUE; ORDER**
13 | vs.                                 |
   |                                     | Date: June 10, 2019
14 | CRESCENCIO CHAVEZ-                  | Time: 1:00 p.m.
   | ARELLANO,                           | Judge: Hon. Barbara A. McAuliffe
15 |                                     |
   |         Defendant.                  |
16 |                                     |

17

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Crescencio Chavez-Arellano, that the

21  status conference hearing currently scheduled for March 25, 2019, be continued to June 10, 2019,

22  at 1:00 p.m.

23          On November 20, 2018, Mr. Chavez-Arellano filed a Notice of Motion and Motion to

24  Vacate Judgment Pursuant to Penal Code Section 1016.5 (hereinafter "the Motion") in the matter

25  of *People v. Crescencio Chavez-Arellano*, Muni Case No. F95004484/Sup. Ct. Case No. 535959,

26  in Fresno County Superior Court. The Motion seeks to vacate Mr. Chavez-Arellano's 1995

27  conviction for assault with a firearm in violation of California Penal Code section 245(a)(2) on the

28  grounds that Mr. Chavez-Arellano was not properly advised of the immigration consequences of

his plea in violation of California Penal Code section 1016.5. Mr. Chavez-Arellano's 1995 conviction for assault with a firearm is the basis for the Administrative Removal Order (hereinafter "the Order") upon which Mr. Chavez-Arellano was deported and excluded from the United States. It is Mr. Chavez-Arellano's position that if his 1995 conviction is vacated, his current charges should be dismissed under 8 U.S.C. § 1326(d). A copy of the filed Motion has been provided to the government.

On January 17, 2019, a hearing was held on the motion in Fresno County Superior Court. At the conclusion of the hearing, the Superior Court denied Mr. Chavez-Arellano's motion to vacate judgment.

On February 11, 2019, Mr. Chavez-Arellano filed a Notice of Appeal in Fresno County Superior Court, appealing the Superior Court's denial of his motion to vacate judgment. A copy of the Notice of Appeal has been provided to the government.

On February 20, 2019, Fresno County Superior Court provided undersigned counsel with a Notification of Filing Notice of Appeal, indicating that the appeal had been docketed. Pursuant to Rule 8.336(d)(3) of the California Rules of Court, the court reporter was required to produce a court reporter's transcript and record of proceedings within 20 days of the filing of the Notification of Filing Notice of Appeal. Undersigned counsel was informed that the court reporter's transcript and record of proceedings would be provided to counsel by March 11, 2019.

On March 13, 2019, undersigned counsel was informed that due to workload, the court reporter requested and was granted *ex parte* a request to extend the deadline for producing the court reporter's transcript and record of proceedings until May 10, 2019. Undersigned counsel will be requesting that the time to produce the court reporter's transcript and record of proceedings be shortened.

Mr. Chavez-Arellano believes that the ends of justice require this continuance so he has additional time to pursue his collateral attack, which, he believes could result in the dismissal of the current charges. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for

the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the delay resulting from the continuance shall be excluded because it results from "other proceedings"—specifically the motion to collaterally attack Chavez-Arellano's underlying state conviction—involving Chavez-Arellano and therefore the time is excluded pursuant to 18 U.S.C. 3161(h)(1).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 20, 2019

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 20, 2019

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CRESCENCIO CHAVEZ-ARELLANO

## **O R D E R**

GOOD CAUSE APPEARING, IT IS SO ORDERED that the 6th Status Conference is continued from 3/25/2019 to 6/10/2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **March 20, 2019**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE