| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | CRESCENCIO CHAVEZ-ARELLANO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 1:17-cr-00249-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA AND SENTENCING HEARING; ORDER** |
| vs. | |
| CRESCENCIO CHAVEZ-ARELLANO, | Date: May 18, 2020 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Crescencio Chavez-Arellano, that the status conference hearing currently scheduled for April 13, 2020, be vacated, and that the matter be set for a change of plea and sentencing hearing before the Honorable Dale A. Drozd on May 18, 2020, at 10:00 a.m.

The parties previously entered into a plea agreement in this matter on June 26, 2018. *See* Dkt. #20. As part of that plea agreement, the parties agreed to waive the preparation of a full presentence investigation report and to proceed on the pre-plea advisory guideline presentence investigation report. *See* Dkt. #20 at 2. Probation produced a pre-plea report on July 16, 2018. *See* Dkt. #21. The matter was subsequently set for change of plea and sentencing on September

17, 2018. *See* Dkt. #25.

On September 17, 2018, the date previously set for change of plea and sentencing, the matter was set for trial. *See* Dkt. #26. On November 21, 2018, the parties filed a stipulation vacating the trial date in light of Mr. Chavez-Arellano's collateral attack on his underlying 1995 state court conviction in Fresno County. *See* Dkt. #29. Between November 26, 2018, and the present, the matter was continued while Mr. Chavez-Arellano litigated his collateral attack on the underlying state court conviction. It was Mr. Chavez-Arellano's position that if his state court conviction was vacated, his current charge, 8 U.S.C. § 1326(a) and (b)(2), would be subject to dismissal under 8 U.S.C. § 1326(d).

The parties have finalized an updated plea agreement and will file it shortly. As a result, the parties are requesting that this matter be placed on calendar for change of plea and sentencing on May 18, 2020, at 10:00 a.m. Although the requested date is outside of the time-frame set by this Court in its minute order vacating and continuing all hearings until early May 2020 (in light of the Eastern District of California's General Orders 611 and 612), the parties have met and conferred and have agreed on the manner in which the requested hearing would be conducted. At this time, it is anticipated that Mr. Chavez-Arellano would appear in person. If, however, the current restrictions discouraging in-person court appearances remain in place as of May 18, 2020, Mr. Chavez-Arellano is willing to waive his physical presence and is prepared to appear by video from the Fresno County Jail, in accordance with this Court's General Order 614 (implementing the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748, authorizing video and teleconferencing for felony changes of plea and sentencing). Government counsel would appear by telephone and defense counsel would either appear by video or by telephone.

The parties believe that the above accommodation is appropriate in this case. The sentencing guideline calculation in this case is between 46 and 57 months. *See* Dkt. #21. By May 18, 2020, Mr. Chavez-Arellano will have served approximately 31 months in custody at the Fresno County Jail. Per the updated plea agreement, the government will recommend a low-end guideline sentence of 46 months and Mr. Chavez-Arellano is permitted to argue for no less than

1 | a 30 month sentence. Given the above, the parties believe that it is appropriate to set the hearing for May 18, 2020.

Accordingly, the parties jointly request that the April 13, 2020 status conference before the Honorable Barbara A. McAuliffe be vacated and that the matter be set for a change of plea and sentencing hearing on May 18, 2020, at 10:00 a.m. before the Honorable Dale A. Drozd.

The parties agree that the delay resulting from the continuance to May 18, 2020, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and defense investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 7, 2020

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 7, 2020

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CRESCENCIO CHAVEZ-ARELLANO

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference hearing set for Monday, April 13, 2020, at 1:00 p.m. before the Honorable Barbara A. McAuliffe be vacated, and that the matter be set for change of plea and sentencing before the Honorable Dale A. Drozd on Monday, May 18, 2020, at 10:00 a.m. in Courtroom 5 or, if found by the court to be necessary at that time, by video or, if further found to be necessary, by telephonic appearance. Pursuant to the parties' stipulation, the delay resulting from the continuance to May 18, 2020, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and defense investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **April 7, 2020**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE